# IN THE UNITED STATES DISTRICT COURT
# FOR WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:13-cv-00112-RLV-DSC

| | |
|---|---|
| UBICOMM, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LOWE'S HOME CENTERS, INC.; LOWE'S COMPANIES, INC.; AND LOWE'S HIW, INC., <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Darlene Ghavimi and Steven R. Daniels]" (documents ##16 and 17). For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: September 6, 2013

David S. Cayer
United States Magistrate Judge